UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D6, JUSTIN PHILLIPS,

    Defendants.
_____/

Case No. 23-cr-20100-6
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION
## TO MODIFY ORDER OF PARTIAL PAYMENTS

Upon consideration of the above Motion and a finding that good cause exists to grant said modification;

**IT IS HEREBY ORDERED** that the order of partial payments is modified to remove the requirement that Defendant Justin Phillips pay $125 monthly to the Clerk of the Court. All other conditions of pretrial release are to remain the same.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: May 10, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2023, by electronic means and/or ordinary mail.

            s/Holly A. Ryan
            Case Manager
            (313) 234-5126